JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED SWANIGAN,<br><br>        Petitioner,<br><br>        v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>        Respondent. | CASE NO. CV 14-8712-DOC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  May 20, 2015 .

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Users\dgoltz\AppData\Local\Temp\notes6D5FA7\~9391862.wpd